Certificate Number: 14912-CAC-DE-039310605

Bankruptcy Case Number: 25-10308



14912-CAC-DE-039310605

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2025, at 1:06 o'clock PM EST, Debra Hibbard completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   February 5, 2025                By:   /s/Jai Bhatt

                                        Name: Jai Bhatt

                                        Title: Counselor