Jeffrey I. Golden
Chapter 7 Trustee
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>DEBRA VILATE HIBBARD<br><br>Debtor. | Case No.: 8:25-bk-10308-SC<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL:    BENJAMIN HESTON
TO THE ABOVE NAMED DEBTOR

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **April 09, 2025 at 10:00 AM**, for the reason(s) set forth below:

**Your schedules are incomplete or inaccurate.  Unless amended schedules are filed and served upon the Trustee before the continued meeting date - a motion may be filed to dismiss your case.**

**\*\*NOTE – THIS MEETING WILL TAKE PLACE REMOTELY USING ZOOM. PLEASE VISIT THE TRUSTEE'S WEBSITE https://case.stretto.com/jeffreygolden FOR ZOOM INSTRUCTIONS.**

Dated:    March 6, 2025

/s/ Jeffrey I. Golden, Trustee
JEFFREY I. GOLDEN, TRUSTEE

I certify that I served the within notice on the above debtor and the debtor attorney and interested parties on March 6, 2025.

/s/ Lori Werner
Lori Werner