United States Bankruptcy Court

Central District of California

In re:                                                                                                     Case No. 25-10308-SC

Debra Vilate Hibbard                                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                                        User: admin                                          Page 1 of 2

Date Rcvd: May 12, 2025                               Form ID: 318a                                  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Debra Vilate Hibbard, 5409 Mead Dr, Buena Park, CA 90621-1391 |
| 42326420 | | Galt Joint Elementary, 1018 C St Ste 210, Galt, CA 95632-1771 |
| 42326421 | | Galt Joint Union Elementary, Attn: Accounts Receivable, 1018 C St Ste 210, Galt, CA 95632-1771 |
| 42326430 | | Safelite, 7400 Safelite Way, Columbus, OH 43235-5086 |
| 42326432 | | Speedy Cash, PO Box 550, Dublin, OH 43017-0550 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | May 13 2025 04:38:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | May 13 2025 04:38:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42326411 | EDI: ACECASHXPRESS.COM | May 13 2025 04:38:00 | Ace Cash Express, 300 E John Carpenter Fwy Ste 900, Irving, TX 75062-2789 |
| 42326413 | Email/Text: bankruptcynotices@hellobrigit.com | May 13 2025 00:59:00 | Brigit, 36 W 20th St Fl 11, New York, NY 10011-4241 |
| 42326419 | Email/Text: correspondence@credit-control.com | May 13 2025 01:01:00 | Credit Control, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 42326414 | EDI: CAPITALONE.COM | May 13 2025 04:32:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 42326415 | EDI: CAPITALONE.COM | May 13 2025 04:32:00 | Capital One / Walmart, PO Box 30285, Salt Lake Cty, UT 84130-0285 |
| 42326416 | Email/Text: accountresolution@can-lending.com | May 13 2025 01:01:00 | Cash Advance Now, PO Box 569, Hays, MT 59527-0569 |
| 42326417 | Email/Text: bkinfo@ccfi.com | May 13 2025 01:02:00 | Cash Central, 5165 Emerald Pkwy Ste 100, Dublin, OH 43017-1095 |
| 42326418 | Email/Text: bankruptcy@cavps.com | May 13 2025 01:03:00 | Cavalry Portfolio Services, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 42326412 | Email/Text: BNBLAZE@capitalsvcs.com | May 13 2025 01:00:00 | Blaze, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 42326422 | EDI: LCIICSYSTEM | May 13 2025 04:32:00 | IC System, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 42326434 | Email/Text: Bankruptcy@Todaycash.com | May 13 2025 01:01:00 | Today Cash, PO Box 808, Keshena, WI 54135-0808 |
| 42326424 | Email/Text: ml-ebn@missionlane.com | | |

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2025 | Form ID: 318a | Total Noticed: 28 |

|  |  |  | May 13 2025 00:59:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348-5286 |
|---|---|---|---|---|
| 42326423 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2025 01:03:00 | Midland Credit Management, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 42326425 |  | Email/Text: bankruptcy@ncaks.com | May 13 2025 00:59:00 | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 42326426 |  | Email/Text: bkinfo@ccfi.com | May 13 2025 01:02:00 | Net Pay Advance, 3615 N Ridge Rd, Wichita, KS 67205-1214 |
| 42326427 |  | EDI: AGFINANCE.COM | May 13 2025 04:32:00 | OneMain Financial, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 42326428 |  | EDI: AMINFOFP.COM | May 13 2025 04:38:00 | Premier Bankcard / First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 42326429 |  | Email/PDF: resurgentbknotifications@resurgent.com | May 13 2025 01:04:55 | Resurgent / LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 42326431 |  | Email/Text: enotifications@santanderconsumerusa.com | May 13 2025 01:03:00 | Santander / Chrysler Capital, PO Box 961212, Fort Worth, TX 76161-0212 |
| 42326433 |  | EDI: AISTMBL.COM | May 13 2025 04:32:00 | T-Mobile, P0 Box 53410, Bellevue, WA 98015-3410 |
| 42326435 |  | Email/Text: bankruptcy@uprova.com | May 13 2025 01:01:00 | Uprova, 635 E State Highway 20 # V, Upper Lake, CA 95485-8793 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: May 14, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Debra Vilate Hibbard bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Jeffrey I Golden (TR) | lwerner@go2.law kadele@go2.law;C205@ecfcbis.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Debra Vilate Hibbard<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2641<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 8:25-bk-10308-SC | |

## Order of Discharge – Chapter 7                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Debra Vilate Hibbard

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 5/12/25

**Dated:** 5/12/25

**By the court:** Scott C Clarkson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

11/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc            **Order of Chapter 7 Discharge**            page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**